

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After the clerk's record became past due, the clerk of this court sent a notice to the trial court clerk, stating the record was late and requesting that the record be filed. *See* TEX. R. APP. P. 37.3(a)(1) (requiring the appellate clerk to notify the official responsible for filing the record that the record is late); *id.* R. 35.3(a) (providing "[t]he trial court clerk is responsible for preparing, certifying, and timely filing the clerk's record"). We received no response to our letter.

We therefore **order** the trial court clerk, Jan Davis, to file the clerk's record in this court no later than **May 28, 2019**. If the clerk's record is not timely filed, a show cause order shall issue directing the trial court clerk to appear before this court and show cause why they should not be held in contempt for failing to file the record. *See id.* R. 37.3(a)(1) (requiring us to "make whatever order is appropriate to avoid further delay and to preserve the parties' rights").

We further **order** the clerk of this court to cause a copy of this order to be served on the trial court clerk by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See id.* R. 35.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

KEITH E. HOTTLE,
Clerk of Court